UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Douglas E. Arpert

v. : Criminal No. 13-2550 (DEA)

BINYAMIN STIMLER :

## ORDER MODIFYING CONDITIONS OF RELEASE

This matter having come before the Court upon the application of defendant Binyamin Stimler, by his attorney Nathan Lewin, Esq., for an order modifying the conditions of release pursuant to 18 U.S.C. §§ 3141, 3142(c), and 3143, to change the status of defendant Binyamin Stimler's release to remove him from GPS surveillance and from home detention and to permit defendant Binyamin Stimler to travel within the New York City area to, *inter alia*, confer with counsel or to seek or to engage in employment without receiving prior consent from a pretrial services officer; and the United States of America, by Paul J. Fishman, United States Attorney for the District of New Jersey, (R. Joseph Gribko, Assistant U.S. Attorney, appearing), having no objection to such modifications; and the Court being satisfied that the modifications of release conditions will reasonably assure the appearance of defendant Binyamin Stimler as required and will not endanger the safety of any other person and the community; and for good and sufficient cause shown;

WHEREFORE, on this 26th day of February, 2014;

1

ORDERED that the application is granted and that the conditions of release imposed upon defendant Binyamin Stimler be modified as heretofore provided in this Order.

_____
Hon. Douglas E. Arpert
United States Magistrate Judge

_____
Nathan Lewin, Esq.
Attorney for Binyamin Stimler

_____
AUSA Joseph Gribko

2